**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**UNITED STATES FIDELITY AND**
**GUARANTY COMPANY, and**
**FIDELITY GUARANTY INSURANCE**
**UNDERWRITERS, INC.**                                              **PLAINTIFFS**

**VS.**                                                       **NO. 1:08cv0242 HTW-LRA**

**THE PEOPLES BANK, BILOXI, MISSISSIPPI,**
**PAUL S. MINOR, MINOR AND ASSOCIATES, P.A.,**
**and WALTER W. TEEL**                                             **DEFENDANTS**

## JUDGMENT OF DISMISSAL

This cause is before the Court on the Joint Motion for Dismissal filed by Plaintiffs United States Fidelity and Guaranty Company and Fidelity Guaranty Insurance Underwriters, Inc. ("USF&G") and Defendant Walter W. Teel ("Teel") as to the claims asserted by USF&G against Teel. Having considered the Motion and being advised that all matters between USF&G and Teel have been resolved and that as to USF&G and Teel there are no other issues requiring adjudication, the Court finds that the Motion is well taken and should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that all claims asserted in the Amended Complaint by USF&G against Teel are hereby dismissed with prejudice.

**IT IS FURTHER ORDERED AND ADJUDGED** that this Judgment applies only as to USF&G's claims against Teel and shall have no effect whatsoever on the remaining claims which USF&G continues to assert against Defendants Paul S. Minor and Minor and Associates, P.A.

EXHIBIT B

**IT IS FURTHER ORDERED AND ADJUDGED** that the respective parties shall bear their own court costs, attorney's fees and other costs of action.

**SO ORDERED** this 18th day of September, 2012.

                                        **/s/ HENRY T. WINGATE**
                                        UNITED STATES DISTRICT JUDGE

EXHIBIT B